## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
ADDIE VANCIL, Derivatively on Behalf of : Civil Action No. 10-CIV-4312 (RJS)
ISTAR FINANCIAL INC.,

                Plaintiff,

vs.  :  ORDER FOR ADMISSION *PRO HAC VICE*
     :  ON WRITTEN MOTION

JAY SUGARMAN, ROBERT W. HOLMAN,
JR., ROBIN JOSEPHS, GEORGE R. PUSKAR,
JOHN G. MCDONALD, JEFFREY A. WEBER,
GLENN R. AUGUST, DALE ANNE REISS,
CATHERINE RICE, NICHOLAS A.
RADESCA, and TIMOTHY J. O'CONNOR,

                Defendants,

-and-

ISTAR FINANCIAL INC., a Maryland
corporation,

                Nominal Defendant.
---------------------------------------------------------- X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY
DOC #: _____
DATE FILED: 4/21/11
```

Upon the motion of Thomas G. Amon, attorney for Plaintiff Addie Vancil ("Plaintiff"), and said sponsor attorney's affidavit in support, IT IS HEREBY ORDERED that:

| | |
|---|---|
| Applicants' Names: | Julia M. Williams |
| Firm Name: | Robbins Umeda LLP |
| Address: | 600 B Street, Suite 1900 |
| | San Diego, CA 92101 |
| Telephone: | (619) 525-3990 |
| Facsimile: | (619) 525-3991 |

is admitted to practice *pro hac vice* as counsel for Plaintiff in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

As this action is assigned to the Electronic Case Filing (ECF), counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED: April 20, 2011

_____
United States District Judge/~~Magistrate Judge~~

597120