UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADDIE VANCIL, derivatively on behalf of iStar Financial, Inc.<br><br>          Plaintiff,<br><br>     v.<br><br>JAY SUGARMAN., *et al*.,<br><br>          Defendants. | No. 10 Civ. 4312 (RJS) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for intervenor Special Committee of the Board of Directors of iStar Financial Inc.  I certify that I am admitted to practice in this court.


Dated April 27, 2011

Respectfully submitted,
/s/ Alan E. Schoenfeld
Alan E. Schoenfeld
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
tel. (212) 937-7294
fax: (212) 230-8888
alan.schoenfeld@wilmerhale.com