UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADDIE VANCIL, derivatively on behalf of
iStar Financial Inc.,

                  Plaintiff,

-v-

JAY SUGARMAN, *et al.*,

                  Defendants.

No. 10 Civ. 4312 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/2/11

RICHARD J. SULLIVAN, District Judge:

      The Court held a status conference in this matter on April 29, 2011. For the reasons stated on the record, IT IS HEREBY ORDERED THAT the parties shall submit a joint status letter no later than May 31, 2011 regarding (1) the outcome of the iStar Board's decision with respect to the Special Committee Report; (2) the scope of additional discovery, if any, requested by the parties; and (3) the need for additional briefing, if any, in connection with the scope and relevant time frame of the Court's inquiry regarding the reasonableness of the Special Committee investigation.

SO ORDERED.

DATED:     May 2, 2011
               New York, New York

                                                     RICHARD J. SULLIVAN
                                                     UNITED STATES DISTRICT JUDGE