UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADDIE VANCIL, derivatively on behalf of iStar Financial, Inc.

Plaintiff,

v.

JAY SUGARMAN., *et al.*,

Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/11

No. 10 Civ. 4312 (RJS)

### ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Alan E. Schoenfeld, and the affidavit in support, IT IS HEREBY ORDERED that Jeffrey B. Rudman, Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02019 is admitted to practice *pro hac vice* as counsel for intervenor Special Committee of the Board of Directors of iStar Financial Inc. in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated May 2, 2011

Hon. Richard J. Sullivan
United States District Judge