UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/1/11
```

ADDIE VANCIL, derivatively on behalf of
iStar Financial Inc.,

                Plaintiff,

-v-

JAY SUGARMAN, *et al.*,

                Defendants.

No. 10 Civ. 4312 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      The Court is in receipt of a joint letter dated May 31, 2011, reporting on the iStar Board's decision to adopt the Special Committee report and proposing two phases of limited discovery. IT IS HEREBY ORDERED THAT the parties shall submit an additional status letter no later than June 10, 2011, proposing a joint discovery and briefing schedule for Phase I, as set forth in the May 31, 2011 letter.

SO ORDERED.

DATED:    June 1, 2011
               New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE