

**Katten**
Katten Muchin Rosenman LLP

DAVID H. KISTENBROKER
david.kistenbroker@kattenlaw.com
312.902.5452 direct
312.577.4481 fax

June 20, 2011   **MEMO ENDORSED**

Via Email

Honorable Richard J. Sullivan
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 6/20/11
```

Re:   *Vancil v. Sugarman, et al.*, Civil Action No. 10-CV-4312

Dear Judge Sullivan:

Counsel for the parties in this matter jointly submit this letter in connection with the Court's June 13, 2011 Order directing the parties to submit a proposed protective order no later than June 20, 2011. Despite the best efforts of all counsel, work and vacation schedules have prevented the parties from reaching agreement on the language of an agreed proposed protective order. All parties are confident they can do so within the next few days, however, and so respectfully request an extension of three days, to June 23, 2011, to submit their agreed proposed protective order. The parties do not believe this brief extension will necessitate the modification of any other deadlines established in the Court's June 13, 2011 order.

Respectfully submitted,

*/s/ David H. Kistenbroker*

David H. Kistenbroker
Katten Muchin Rosenman, LLP
Counsel for Nominal Defendant iStar Financial, Inc.

Scott B. Schreiber
Arnold & Porter LLP
Counsel for Individual Defendants

Craig W. Smith
Robbins Umeda LLP
Counsel for Plaintiff Addie Vancil

SO ORDERED:
Dated: 6/20/11
RICHARD J. SULLIVAN
U.S.D.J.