UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
SDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/11
```

ADDIE VANCIL, derivatively on behalf of
iStar Financial Inc.,

                Plaintiff,

-v-

JAY SUGARMAN, *et al.*,

                Defendants.

No. 10 Civ. 4312 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of the following submissions: (1) a letter from Plaintiff, dated November 14, 2011, regarding her contemplated motion to appoint M. Lee Arnold as her guardian *ad litem*; and (2) a letter from Defendants, dated November 17, 2011, opposing Plaintiff's contemplated motion. Plaintiff states that "[t]he parties agree plaintiff should be permitted 30 days following entry of an order granting her motion to complete Phase I discovery."

    IT IS HEREBY ORDERED THAT the parties shall appear for a pre-motion conference regarding Plaintiff's contemplated motion on Monday, December 5, 2011 at 3:00 p.m.

    However, the Court notes that the deadline for Phase I discovery and accompanying pre-motion letters is November 18, 2011. The Court has already granted one sixty-day extension of this deadline. Because neither party has stated sufficient reason to change this deadline, IT IS FURTHER ORDERED THAT the existing deadlines shall remain in place.

SO ORDERED.

DATED:    November 18, 2011
                New York, New York

                                          RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE