# ROBBINS UMEDA LLP

600 B Street, Suite 1900 ■ San Diego, CA 92101 ■ 619.525.3990 *phone* ■ 619.525.3991 *fax* ■ www.robbinsumeda.com

# MEMO ENDORSED

November 18, 2011

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/11
```

**VIA E-MAIL**
sullivannysdchambers@nysd.uscourts.gov

Honorable Richard J. Sullivan
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Vancil v. Sugarman*, Case No. 1:10-cv-04312-RJS

Dear Judge Sullivan:

    Plaintiff Addie Vancil respectfully requests permission to submit her affidavit, the affidavit of her friend and financial advisor, M. Lee Arnold, and the declaration of her physician, Dr. Philip Conway, for the Court's consideration in connection with her pre-motion letter in support of the appointment of Mr. Arnold as her guardian *ad litem* in the above-referenced action. Plaintiff shared these documents with defense counsel in hopes of reaching agreement short of motion practice. Unfortunately, defendants have elected to selectively quote and paraphrase their contents and omit the portions that flatly contradict their baseless speculation. Plaintiff respectfully submits that these witnesses' actual statements should be evaluated in their original, complete form.

                                                                Sincerely,

                                                                Craig W. Smith

cc:    All Counsel of Record

```
Plaintiff shall submit the above-referenced materials no later than December 1, 2011.
```

SO ORDERED.
Date: 11/22/11

RICHARD J. SULLIVAN
U.S.D.J.

