UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/2011
```

ADDIE VANCIL, derivatively on behalf of
iStar Financial Inc.,

                Plaintiff,

-v-

JAY SUGARMAN, *et al.*,

                Defendants.

No. 10 Civ. 4312 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

As stated on the record at the conference held on December 5, 2011, IT IS HEREBY ORDERED THAT the parties shall submit a joint letter no later than December 12, 2011 setting forth the parties' proposed dates for an evidentiary hearing regarding Plaintiff's contemplated motion to appoint M. Lee Arnold as a guardian *ad litem* for Plaintiff, as well as their proposed manner of examination of witnesses during that hearing. If the parties are unable to agree as to either dates or the manner of examination, the letter shall briefly set forth each party's position.

SO ORDERED.

DATED:     December 5, 2011
                New York, New York

                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES DISTRICT JUDGE