UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADDIE VANCIL, derivatively on behalf of iStar Financial Inc.,

Plaintiff,

-v-

JAY SUGARMAN, *et al.*,

Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2012

No. 10 Civ. 4312 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a letter from the parties, dated February 17, 2012, requesting permission to attend the hearing regarding Plaintiff's proposed voluntary dismissal of this action scheduled for Friday, February 24, 2012 at 4:00 p.m. by telephone in light of the fact that no objections have been filed. Accordingly, the parties' request is HEREBY GRANTED. The parties shall gather on one line and call chambers at (212) 805-0264. However, should any interested parties choose to attend, the Court will nonetheless hold the hearing in Courtroom 21C.

SO ORDERED.

DATED:   February 21, 2012
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE