UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADDIE VANCIL, derivatively on behalf of
iStar Financial Inc.,

                Plaintiff,

-v-

JAY SUGARMAN, *et al.*,

                Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/2012

No. 10 Civ. 4312 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

On December 12, 2011, the parties submitted a stipulation and proposed order of voluntary dismissal. For the reasons stated on the record at the conference held on February 24, 2012, IT IS HEREBY ORDERED THAT this action is dismissed with prejudice as to Plantiff Addie Vancil only and without prejudice as to iStar Financial or any other shareholder, and without costs.

SO ORDERED.

DATED:     February 24, 2012
                New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE